[DO NOT PUBLISH]

In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 24-12606

Non-Argument Calendar

_____

CAROL WILKERSON,

Plaintiff-Appellant,

*versus*

GRINNELL CORPORATION,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Georgia
D.C. Docket No. 6:99-cv-00133-RSB-CLR

_____

Before WILSON, BRANCH, and LAGOA, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Carol Wilkerson appeals from the district court's order denying her motion to rescind its previous order imposing filing restrictions on her.

We lack jurisdiction over this appeal because Wilkerson's notice of appeal is untimely. *See Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010). The deadline for filing a notice of appeal was July 8, 2024, and Wilkerson did not file her notice of appeal until August 9, 2024. *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A). Moreover, there is no basis in the record for relief under Fed. R. App. P. 4(a)(5) or 4(a)(6). *See* 28 U.S.C. § 2107(c); Fed. R. App. P. 4(a)(5)(A), 4(a)(6); *Sanders v. United States*, 113 F.3d 184, 187 (11th Cir. 1997).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.